IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA

v.  CASE NUMBER: 1:25-CR-10003-SOH-1
 1:17-CR-10015-SOH-1

TOMMIE ROSHAUN GLOSSON
*a/k/a* Tommie Roshune Glosson

## MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER

Comes now the Defendant, Tommie Roshaun Glosson, by the Office of the Federal Public Defender and its attorney, Alex Wynn, and does hereby respectfully move this Court to review the Magistrate Judge's ruling as to the Defendant's detention status and revoke the Detention Order found at Document 18 in case 1:25CR10003 and Document 82 in case 1:17CR10015, resulting in the immediate release of the Defendant on the previously ordered conditions. This Motion is based upon the following:

I. **CASE 1:17-CR-10015**

1. On or about June 3, 2024, a Petition for Revocation of Defendant's Term of Supervision was filed (Doc 50) alleging the commission of a new law violation in Union County Circuit Court case 70CR-24-440 and Defendant was arrested on the Petition on June 5, 2024 (Doc 54).

2. The Defendant appeared via video teleconference before United States Magistrate Judge Barry A. Bryant on June 7, 2024, at which time undersigned counsel was appointed and a detention hearing was scheduled for June 12, 2024. Defendant appeared for the detention hearing and the Court granted release pending the final hearing on the Petition and Defendant with all

1

previously ordered conditions to remain in effect. (Doc 66)

3. Defendant was arrested on January 16, 2025, by the State of Arkansas on an alleged new law violation in Union County Circuit Court case 70CR-25-72 and on January 22, 2025, a Supplemental Petition for Revocation of Supervision was filed alleging the violation of supervision based upon that offense. The Court directed that the Supplemental Petition be included with the previously filed revocation petition. (Doc 69) On February 6, 2025, Defendant filed a Motion for the Court to Reconsider his detention status as to the instant revocation case. (Doc 70) On March 6, 2025, the Defendant appeared for an Initial Appearance as to the revocation of supervised release and bond hearing as to Defendant's motion for reconsideration of his detention status, following which the Court denied Defendant's motion to reconsider detention and entered an Order of Detention. (Doc 82)

4. The Defendant remains detained at the Union County Jail at this time. The final revocation hearing has not yet been set.

## II. CASE 1:25-CR-10003

5. On or about February 25, 2025, the Defendant was charged by Indictment in case 1:25CR10003 with conspiracy to distribute more than fifty (50) grams of a mixture or substance containing a detectable amount of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)B)(viii), 846 and 851, and one count of possession with intent to distribute more than fifty (50) grams of a mixture or substance containing a detectable amount of Methamphetamine, in violation 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) and 851. (Doc. 1)

6. Defendant was taken into custody on March 6, 2025, pursuant to an arrest warrant. (Doc. 19) and appeared before United States Magistrate Judge Barry A. Bryant on March 6, 2025,

for an arraignment on the Indictment. The Court appointed undersigned counsel to represent the Defendant. The Defendant requested a detention hearing, which was heard on the same date, March 6, 2025, and the Court entered an Order of Detention. (Docs. 12, 15, 17-18)

7. Defendant has been in custody at the Union County Jail since his arrest on January 16, 2025. This matter is currently set for Jury Trial on July 7, 2025.

8. That a transcript of the detention hearing of March 6, 2025 held in both cases 1:25CR10003 and in revocation case 1:17CR10015 has been ordered from the Court Reporter.

WHEREFORE, pursuant to 18 U.S.C. § 3145(b), Mr. Glosson respectfully requests this Court to review the Magistrate's Ruling as to Defendant's Detention Status and revoke the Detention Order filed on March 6, 2025 (Doc. 18 in case 1:25CR10003 and Doc. 82 in case 1:17CR10015), or in the alternative, for the amendment of the Detention Order in both cases, allowing his release on conditions deemed appropriate by the Court.

Respectfully submitted,

BRUCE D. EDDY
FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF ARKANSAS

By: /s/ *Alex Wynn*
Alex Wynn
Assistant Federal Public Defender
100 East Peach Street, Ste. 320
El Dorado, AR 71730
(479) 249-8648

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Mr. Jared Trent Daniels, Assistant United States Attorney and a copy of this pleading was mailed by the United States Postal Service to: none.

      /s/ Alex Wynn
      Alex Wynn
      Assistant Federal Public Defender